IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA

RECEIVED
MAR 14 2016
CLERK U.S. DISTRICT COURT
DISTRICT OF MONTANA

Jonathan Lee Riches,
Plaintiff

CASE NO.

v.

Daylight Saving Time,
Defendants

Preliminary Injunction
Temporary Restraining Order, TRO

Comes Now, Jonathan Lee Riches, in pro-se, moves this honorable court for a Restraining order against Daylight Saving Time, and for the clocks to move back to its original form. I face Danger from Daylight Saving Time which is disrupting my biological clock, it Disrupts my sleeping Patterns which could cause me to get a heart attack. Daylight Saving time disrupts all American's Farming, travel, record keeping, medical Devices, Daylight Saving time is Manipulating our Earths natural cycle, we don't need Government interference in our lives, this is a Danger. Also, Daylight Saving time is misrepresenting and inaccurate, since No daylight is Actually saved. It should be changed to Daylight Shifting time if this court wont grant the restraining order in the Alternative. Too much light will cause me skin cancer and Extra Vitamin D the Defendants are a Danger to children because

it causes obesity in kids having extra daylight to go trick or treating during Halloween. Daylight Saving time Effects the bottom line of Radio stations who can only operate in the day. Also, it brings confusion to travelers and Residents of Hawaii, Parts of Indiana, Guam, Puerto Rico who don't celebrate Daylight Saving time.

I seek a restraining order Against Daylight Saving time - put the clocks back - the whole world needs to Follow the same time - this will bring a togetherness in the world, cause the goal is to bring a new world order Anyway, so we need all the clocks the same. I am a Proud American facing danger because of this clock Atrocity - please help.

I pray For relief.

3/10/16

Respectfully

Jonathan Lee Riches
7001 Elmwood Ave
Philadelphia, PA 19142