UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

---

JONATHAN LEE RICHES,

Plaintiff,

vs.

DAYLIGHT SAVING TIME,

Defendant.

JUDGMENT IN A CIVIL CASE

Case No. CV 16-23-BLG-SPW-CSO

---

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that this action is DISMISSED.

Dated this 15th day of March, 2016.

TYLER P. GILMAN, CLERK

By: /s/ T. Gesh
T. Gesh, Deputy Clerk